1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7             **FOR THE DISTRICT OF ARIZONA**

8

Jimmie R. Owens and Jeremy Cherrington,    No.  CV13-2411 PHX DGC

9
                        Plaintiffs,         **ORDER**
10

11   v.

12   J.P. & Sons Contracting, Inc., an Arizona
     corporation, et al.,
13
                        Defendant.
14

15          Pursuant to stipulation for dismissal with prejudice.  Doc. 31.

16          **IT IS ORDERED** that the stipulation for dismissal with prejudice (Doc. 31) is

17   **granted**.  This matter is dismissed with prejudice as to all claims or matters except the

18   Court shall retain limited jurisdiction to enforce the terms of the Settlement Agreement.

19   Except as provided for in the Parties' Settlement Agreement, the parties shall bear their

20   own costs and attorneys' fees.

21          Dated this 25th day of June, 2014.

22

23

24

25   _____
                    David G. Campbell
26                United States District Judge

27

28